AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

A# 1:19mj326

FILED JUL 16 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.

MOHAMED MOUNIR

SEALED
WARRANT FOR ARREST

CRIMINAL CASE: 5:19-CR-00258-16BO(4)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MOHAMED MOUNIR** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ **SEALED** Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Commit Cigarette Trafficking
Count 8 - 18 U.S.C. § 1956(h): Money Laundering

Peter A. Moore, Jr.
Name of Issuing Officer

Carsen Treuer (signature)
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 19, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Alexandria, VA | | |
| DATE RECEIVED 6/19/2019 | NAME AND TITLE OF ARRESTING OFFICER SI Tim Geier | NAME AND TITLE OF ARRESTING [signature] |
| DATE OF ARREST 7/16/2019 | | |